IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02176-PSF-MEH

MATTHEW SEFKOVIC,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a corporation,

    Defendant.

---

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

---

    This matter is before the Court on the parties' Joint Motion to Administratively Close Case (Dkt. # 9).  Upon review of the motion and the file, and pursuant to D.C.COLO.LCivR 41.2, it is hereby ORDERED that the Clerk of the United States District Court for the District of Colorado is directed to ADMINISTRATIVELY CLOSE the above-entitled civil action subject to reopening for good cause.

    DATED:  February 14, 2007

                                                                           BY THE COURT:

                                                                           *s/ Phillip S. Figa*

                                                                           _____
                                                                           Phillip S. Figa
                                                                           United States District Judge