IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02176-PSF-MEH

MATTHEW SEFCOVIC,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    Plaintiff's Motion to Reopen Case (Dkt. # 11) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A, which states:

> **Duty to Confer.** The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

DATED: April 16, 2007.