IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02176-PSF-MEH

MATTHEW SEFCOVIC,

　　　Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

　　　Defendant.

## ORDER TO REOPEN CASE

　　　THIS MATTER is before the Court on Plaintiff's Amended Motion to Reopen Case (Dkt. # 13), filed on April 16, 2007.  On February 14, 2007, the Court entered an Order administratively closing this action, subject to reopening for good cause (Dkt. # 10).  The Court finds that there is good cause to reopen this action.  Accordingly, Plaintiff's Amended Motion to Reopen Case (Dkt. # 13) is GRANTED.  The Clerk of the Court is directed to reopen the above-entitled civil action and put it on the Court's active docket.

　　　DATED: April 16, 2007.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Lewis T. Babcock, for
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Phillip S. Figa
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge