IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02176-PSF-MEH

MATTHEW SEFCOVIC,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

    This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 21). The Court hereby

    ORDERS that the above-entitled action is hereby DISMISSED WITH PREJUDICE, each party to bear his or its own costs.

    DATED: November 16, 2007

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge